UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
UNITED STATES OF AMERICA

                                                  MEMORANDUM AND ORDER

                                                  23-CR-395 (NRM)

                -against-

RICHARD FORRESTER,

        Defendant.

------------------------------------------------------------------x

**NINA R. MORRISON**, United States District Judge:

        Defendant Richard Forrester has filed a motion requesting early termination of his probation. ECF No. 7. The U.S. Probation Office takes no position on the request, and the government defers to the U.S. Probation Office. *Id.*

        On April 14, 2023, Forrester was sentenced to five years of probation, with the first two years in home detention, following a guilty plea to conspiracy to distribute methamphetamine, in violation of 21 U.S.C. §§ 846 and 841(b)(1)(A). ECF No. 2, at 2; ECF No. 7, at 1–2. His supervision was transferred to this Court from the Southern District of New York on October 10, 2023. ECF No. 2. For the reasons discussed below, the Court grants Forrester's request and terminates his probation.

        The Court may "terminate a term of probation previously ordered and discharge the defendant . . . after the expiration of one year of probation in the case of a felony, if it is satisfied that such action is warranted by the conduct of the defendant and the interest of justice." 18 U.S.C. § 3564(c). To make such a

determination, the Court considers the factors in 18 U.S.C. § 3553(a) to the extent those factors are applicable. *Id.* The Court may grant an application for early termination without holding a hearing. Fed. R. Crim. P. 32.1(c)(2).

The Court has determined that Forrester's exemplary conduct while on probation and the interest of justice warrant early termination of his probation. Forrester has served the most punitive portion of his probation term — 2 years in home detention. Moreover, prior to his sentencing, Forrester spent about 17 months in Pretrial supervision. Forrester's record of compliance over the course of his supervision illustrates that he does not require further supervision. Furthermore, his lack of criminal history, his age, his history of gainful employment, and his family ties and responsibilities (including his current status as the primary caretaker of his four-year-old son while his wife works full-time) demonstrate to the Court that the interests of justice are served by terminating his supervision at this time.

SO ORDERED.

*/s/ Nina R. Morrison*

NINA R. MORRISON
United States District Judge

Dated: June 18, 2025
      Brooklyn, New York